# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ST. PAUL FIRE & MARINE  :
INSURANCE COMPANY,
                                            :

    Plaintiff,
                                            :

vs.                                                       CA 05-0412-C
                                            :

JOHNSON HOMES OF
MERIDIAN, INC. and                      :
MICHELLE HAMPTON,
                                            :

    Defendants.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Michelle Hampton's motion to dismiss this declaratory judgment action for want of jurisdiction is **DENIED**; however, the Court hereby **GRANTS** Hampton's alternative motion to abstain from proceeding to a judgment on the merits in this action in favor of the parallel proceeding in the Circuit Court of Choctaw County, Alabama (Doc. 4). The Court further **ORDERS, ADJUDGES** and **DECREES** that the instant declaratory judgment action be **DISMISSED** in favor of the parallel state action presently pending in the Circuit Court of Choctaw County, Alabama.

    **DONE** this the 24th day of October, 2005.

                                               /s/ WILLIAM E. CASSADY

**UNITED STATES MAGISTRATE JUDGE**